UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:
SHAWN DOUGLAS ZERBE : Case No.: 1-23-bk-01439-HVW
CRESSON JANE ZERBE : Chapter 13
      Debtors :
_____ :
WEST HANOVER TOWNSHIP :
WATER AND SEWER AUTHORITY :
      Movant :

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
### OF ALL NOTICE AND PLEADINGS ON BEHALF OF
### WEST HANOVER TOWNSHIP WATER AND SEWER AUTHORITY

**PLEASE TAKE NOTICE** that WEST HANOVER TOWNSHIP WATER AND SEWER AUTHORITY appears herein by and through its counsel, Steven P. Miner, Esquire, and enters its appearance and requests that all notices given or required to be given in this case, whether pursuant to Bankruptcy Rule 2002, 9007, 9010 or Bankruptcy Code Sections 102(1), 342 and 1109(b), or any other provisions of the Bankruptcy Code or Bankruptcy Rules, and all pleadings served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

STEVEN P. MINER, ESQUIRE
Caldwell & Kearns
3631 North Front Street
Harrisburg, PA 17110
Email: sminer@cklegal.com
(717) 934-4036

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notice and pleadings referred to in the Rules specified above, but also includes, without limitation, Orders and Notice of any application, motions, petitions, pleadings, requests, complaints or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone or otherwise:

(1)     which affect or seek to affect in any way any rights or interest of WEST HANOVER TOWNSHIP WATER AND SEWER AUTHORITY with respect to (a) debtors; (b) property or proceedings thereof which debtors may claim an interest; or (c) property or proceeds thereof in possession, custody or control of Debtors which Debtors may seek to use; or

(2)     which require, seek to require any act, delivery of any property, payment or other conduct of Debtors.

Respectfully submitted,

**CALDWELL & KEARNS, P.C.**

By: _____

Steven P. Miner, Esquire
Atty ID: 38901
3631 N. Front Street
Harrisburg, PA  17110
(717) 934-4036
sminer@cklegal.net
(717) 232-2766 (facsimile)
Attorney for Movant

Date: 7/7/2023

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
SHAWN DOUGLAS ZERBE : Case No.: 1-23-bk-01439-HVW
CRESSON JANE ZERBE : Chapter 13
    Debtors :
_____ :
WEST HANOVER TOWNSHIP :
WATER AND SEWER AUTHORITY :
    Movant :

## CERTIFICATE OF SERVICE

    I hereby certify that on the below date a true and correct copy of the Notice of Appearance

and Request for Service of all Notice and Pleadings on behalf of West Hanover Township Water

and Sewer Authority was served upon the parties by the electronic case filing system:

Jack N. Zaharopoulos, Standing Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

    Respectfully submitted,
    **CALDWELL & KEARNS, P. C.**

Date: 7/7/2024

    By:_____
    Steven P. Miner, Esquire
    I.D. No.: 38901
    3631 North Front Street
    Harrisburg, Pennsylvania 17110
    (717) 232-7661 (Office)
    (717) 232-2766 (Facsimile)
    sminer@cklegal.net