United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Shawn Douglas Zerbe  
Cresson Jane Zerbe  
    Debtors

Case No. 23-01439-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Aug 04, 2023      Form ID: ntcnfhrg      Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shawn Douglas Zerbe, Cresson Jane Zerbe, 162 Lexington Court, Harrisburg, PA 17112-4948 |
| cr | + | West Hanover Township Water & Sewer Authority, West Hanover Township Water & Sewer Auth, 7901 Jonestown Road, Harrisburg, PA 17112, UNITED STATES 17112-9728 |
| 5550588 | + | CALDWELL & KEARNS, 3631 NORTH FRONT STREET, HARRISBURG, PA 17110-1500 |
| 5550595 | + | COLLINS ASSET GROUP LLC, PO BOX 163614, AUSTIN, TX 78716-3614 |
| 5550599 | + | DL EVANS BANK CORPORATE HQ, PO BOX 1188, 375 N OVERLAND AVENUE, BURLEY, ID 83318-3432 |
| 5550601 | + | FEDLOAN, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 5550602 | + | FINWISE/LL, 11 BROADWEAY STE 1732, NEW YORK, NY 10004-1312 |
| 5550606 | + | LENDING POINT COLLECTIONS, JAMES HOLDER, DIRECTOR, 1201 ROBERTS BLVD, STE 200, KENNESAW, GA 30144-3612 |
| 5550605 | ++ | LENDINGPOINT LLC, 1201 ROBERTS BLVD, STE 200, KENNESAW GA 30144-3612 address filed with court:, LENDING POINT, 1701 BARRETT LAKE BLVD, KENNESAW, GA 30144 |
| 5550607 | + | LEXINGTON WOODS HOA, TREASURER, 184 LEXINGTON COURT, HARRISBURG, PA 17112-4948 |
| 5550608 | + | MADDEN & GILBERT PHYSICAL THERAPY, 5425 JONESTOWN ROAD, STE 100, HARRISBURG, PA 17112-4086 |
| 5550612 | + | OIP, 3399 TRINDLE ROAD, CAMP HILL, PA 17011-2286 |
| 5550614 | + | PATENAUDE & FELIX, APC, 2400 ANSYS DRIVE, STE 402-B, CANONSBURG, PA 15317-0403 |
| 5550615 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5550620 | + | TBOM/MILSTNE, PO BOX 8099, NEWARK, DE 19714-8099 |
| 5550624 | + | WEST HANOVER TWP SEWER AUTHORITY, PO BOX 723, BLOOMSBURG, PA 17815-0723 |
| 5552991 | + | West Hanover Township Water & Sewer Authority, 7901 Jonestown Road, Harrisburg, PA 17112-9728 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5550586 | + | Email/Text: bk@avant.com | Aug 04 2023 18:44:00 | AVANT, 222 N LASALLE STREET, CHICAGO, IL 60601-1003 |
| 5550587 | | Email/Text: Bankruptcy@BAMcollections.com | Aug 04 2023 18:44:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5550589 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2023 18:51:31 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5550590 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2023 18:51:26 | CARSON SMITHFIELD LLC, PO BOX 660702, DALLAS, TX 75266-0702 |
| 5550591 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2023 18:44:00 | CB/TORRID, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5550592 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2023 18:44:00 | CCB/ZALES, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5550593 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 04 2023 18:44:00 | CHRYSLER CAPITAL, ATTN BANKRUPTCY DEPT, PO BOX 961278, FORT WORTH, TX 76161-0278 |
| 5558014 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

| Recipient # | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 04 2023 18:44:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 5550594 | + | Email/Text: bnc@bass-associates.com | Aug 04 2023 18:44:00 | COLLINS ASSET GROUP LLC, 5725 HWY 290 W, STE 103, AUSTIN, TX 78735-8722 |
| 5550596 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2023 18:44:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5550597 | | Email/Text: correspondence@credit-control.com | Aug 04 2023 18:44:00 | CREDIT CONTROL, LLC, 3300 RIDER TRAIL S, STE 500, EARTH CITY, MO 63045 |
| 5550598 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 04 2023 18:51:37 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5554095 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2023 18:51:31 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5550621 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 04 2023 18:44:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5550600 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 04 2023 18:44:00 | FEB DESTINY, 15220 NW GREENBRIER, BEAVERTON, OR 97006-5744 |
| 5550603 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2023 18:44:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5550604 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 04 2023 18:44:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5552285 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 18:51:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5555742 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2023 18:51:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5550609 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2023 18:51:27 | MERRICK BANK COURT NOTICES, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5550610 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2023 18:44:00 | MIDLAND CREDIT MANAGEMENT, INC, BK NOTICES, 350 CAMINO DE LA REINA, STE 100, SAN DIEGO, CA 92108-3007 |
| 5550611 | | Email/Text: Bankruptcies@nragroup.com | Aug 04 2023 18:44:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5550613 | | Email/PDF: cbp@omf.com | Aug 04 2023 18:51:37 | ONEMAIN FINANCIAL ATTN: BK NOTICES, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5550616 | + | Email/PDF: ebnotices@pnmac.com | Aug 04 2023 18:51:33 | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, STE 310, MOORPARK, CA 93021-2602 |
| 5558365 | + | Email/PDF: ebnotices@pnmac.com | Aug 04 2023 18:51:27 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5557288 | | Email/Text: bnc-quantum@quantum3group.com | Aug 04 2023 18:44:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5550617 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 18:51:26 | RESURGENT CAPITAL SERVICES, CORRESPONDENCE, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5550618 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2023 18:51:26 | SYNCB/AMAZON, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 5550619 | + | Email/Text: bncmail@w-legal.com | Aug 04 2023 18:44:00 | TARGET/TD, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 5550622 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Aug 04 2023 18:44:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5550623 | Email/Text: bknotice@upgrade.com | Aug 04 2023 18:44:00 | UPGRADE INC, 2 NORTH CENTRAL AVE, 10TH FL, PHOENIX, AZ 85004 |
| 5550832 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 04 2023 18:51:32 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Cresson Jane Zerbe karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 1 Shawn Douglas Zerbe karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| Steven P Miner | on behalf of Creditor West Hanover Township Water & Sewer Authority sminer@cklegal.net  mrenno@cklegal.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Shawn Douglas Zerbe,

    **Debtor 1**

Cresson Jane Zerbe,

    **Debtor 2**

Chapter 13

Case No. 1:23−bk−01439−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 6, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: September 13, 2023<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 4, 2023 |

ntcnfhrg (08/21)