IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | CHAPTER 13 |
| SHAWN DOUGLAS ZERBE : | |
| CRESSON JANE ZERBE, : | CASE NO. 1:23-bk-01439 |
|    Debtors : | |
| : | |
| SHAWN DOUGLAS ZERBE : | |
| CRESSON JANE ZERBE, : | |
|    Movants : | |
| v. : | |
| PENN STATE HEALTH CERNER, : | OBJECTION TO CLAIM # 23 |
|    Respondent/Claimant : | |

**OBJECTION TO PROOF OF CLAIM #23**

COME NOW the Debtors, by and through attorney Dorothy L. Mott, Esquire and make this Objection to Creditor's claim filed in the above–captioned bankruptcy proceeding, stating in support there of as follows:

    1. The Debtors filed a Chapter 13 bankruptcy proceeding on 6/27/2023.

    2. The Respondent, PENN STATE HEALTH CERNER, filed an unsecured claim on or about September 6, 2023 in the amount of $8,242.10.

    3. The Notice of Bankruptcy Case filing provided that:

Government Proof of Claim due by 12/24/2023. Last day to oppose dischargeability

is 10/2/2023. Proofs of Claims due by 9/5/2023. (Scheduled Automatic Assignment, shared account).

    4. The claim was filed on September 6, 2023 and therefore was not timely filed.

    5. The claim should be disallowed because the claim was not filed timely.

WHEREFORE, the Debtors hereby request that this Honorable Court enter an order

1. Disallowing and dismissing the claim; and

2. Granting such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott
_____
Dorothy L. Mott, Esquire
125 State Street
Harrisburg, PA 17101
717.232.6650 Tel
717.232.0477 Fax
doriemott@aol.com

LOCAL BANKRUPTCY FORM 3007-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| SHAWN DOUGLAS ZERBE : | |
| CRESSON JANE ZERBE, : | CASE NO. 1:23-bk-01439 |
|     Debtors : | |
| : | |
| SHAWN DOUGLAS ZERBE : | |
| CRESSON JANE ZERBE, : | OBJECTION TO CLAIM # 23 |
|     Objectors : | |
| : | |
| PENN STATE HEALTH CERNER, : | |
|     Respondent/Claimant : | |
| : | |
| : | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**TO:PENN STATE HEALTH CERNER ("Claimant")**

**NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE**
Shawn Douglas Zerbe has filed an objection to the proof of claim you filed in this bankruptcy case.

**NOTICE: Your claim may be reduced, modified, or eliminated.** You should read this notice and the objection carefully and discuss them with your attorney, if you have one.

If you do not want to the court to enter an order affecting your claim, then on or before October 6, 2023, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight/express mail, or in person at: (select the appropriate address)

Clerk, U.S. Bankruptcy Court, The Sylvia Rambo U.S. Courthouse, 1501 North 6th Street, Harrisburg, PA 17102

If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive on or before the date stated above.

You must also send a copy of your request for hearing or response to:
Dorothy L. Mott, Esquire

Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
717. 232.6650 Tel
717.232.0476 Fax
doriemott@aol.com

**If you or your attorney do not take these steps, the court may decide that you do not oppose an order affecting your claim. Attorney for Objector**

/s/ Dorothy L. Mott
Dorothy L. Mott Law Office, LLC
PA ID: 43568
125 State Street, Harrisburg PA 17101
717. 232.6650 Tel
717.232.0476 Fax
doriemott@aol.com

Date of Notice: September 6, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHAWN DOUGLAS ZERBE | : | |
| CRESSON JANE ZERBE, | : | CASE NO. 1:23-bk-01439 |
|     Debtors | : | |
| | : | |
| SHAWN DOUGLAS ZERBE | : | |
| CRESSON JANE ZERBE, | : | |
|     Movants | : | |
| v. | : | |
| PENN STATE HEALTH CERNER, | : | OBJECTION TO CLAIM # 23 |
|     Respondent/Claimant | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>September 6, 2023</u>, I served a copy of the foregoing document(s) electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows on the following parties:

| Name and Address | Mode of Service |
|---|---|
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE, STE A<br>HUMMELSTOWN, PA 17036 | Electronically |
| PENN STATE HEALTH CERNER<br>PO BOX 829725<br>PHILADELPHIA, PA 19182 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 09/06/2023

    /s/Dorothy L Mott

    _____
    Dorothy L Mott, Esquire
    Atty ID #43568
    Dorothy L. Mott Law Office, LLC
    125 State Street
    Harrisburg, PA 17101
    (717) 232–6650 TEL
    (717) 232-0477 FAX
    doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHAWN DOUGLAS ZERBE | : | |
| CRESSON JANE ZERBE, | : | CASE NO. 1:23-bk-01439 |
|     Debtors | : | |
| | : | |
| SHAWN DOUGLAS ZERBE | : | |
| CRESSON JANE ZERBE, | : | |
|     Movants | : | |
| v. | : | |
| PENN STATE HEALTH CERNER, | : | OBJECTION TO CLAIM # 23 |
|     Respondent/Claimant | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**O R D E R**

    UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtors, it is hereby

    ORDERED that the claim of the Respondent is disallowed and dismissed.