United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 23-01439-HWV
Shawn Douglas Zerbe  Chapter 13
Cresson Jane Zerbe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Oct 10, 2023     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5564356 | + | PENN STATE HEALTH - CERNER, PO BOX 829725, PHILADELPHIA, PA 19182-9725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Shawn Douglas Zerbe DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Dorothy L Mott | on behalf of Debtor 2 Cresson Jane Zerbe DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Shawn Douglas Zerbe karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmai |

| | |
|---|---|
| | l.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 2 Cresson Jane Zerbe karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| Steven P Miner | on behalf of Creditor West Hanover Township Water & Sewer Authority sminer@cklegal.net mrenno@cklegal.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHAWN DOUGLAS ZERBE | : | |
| CRESSON JANE ZERBE, | : | CASE NO. 1:23-bk-01439 HWV |
|    Debtors | : | |
| | : | |
| SHAWN DOUGLAS ZERBE | : | |
| CRESSON JANE ZERBE, | : | |
|    Movants | : | |
| v. | : | |
| PENN STATE HEALTH CERNER, | : | OBJECTION TO CLAIM # 23 |
|    Respondent/Claimant | : | |

### O R D E R

UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtors, it is hereby

ORDERED that the claim of the Respondent is disallowed and dismissed.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 10, 2023