United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                                      Case No. 23-01439-HWV
Shawn Douglas Zerbe                                                          Chapter 13
Cresson Jane Zerbe
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                                 Page 1 of 2
Date Rcvd: Feb 14, 2024                 Form ID: pdf010                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5585802 | Email/Text: EBN@Mohela.com | Feb 14 2024 18:42:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2024                              Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Shawn Douglas Zerbe DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 2 Cresson Jane Zerbe DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Shawn Douglas Zerbe karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |

Kara Katherine Gendron
on behalf of Debtor 2 Cresson Jane Zerbe
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Michael Patrick Farrington
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com

Steven P Miner
on behalf of Creditor West Hanover Township Water & Sewer Authority sminer@cklegal.net mrenno@cklegal.net

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| SHAWN DOUGLAS ZERBE | : | CASE NO. 1-23-bk-01439-HWV |
| CRESSON JANE ZERBE | : | |
| | : | |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS, TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| US DEPARTMENT OF EDUCATION/ | : | |
| MOHELA | : | |
| | : | |
| Claimant | : | |

## ORDER

Upon consideration of the Trustee's Objection to Claim No. 24 of U.S. Department of Education/MOHELA, Doc. 34, and following Notice to Claimant Re Filing of Objection to Claim and allowing an opportunity to respond, and no response having been filed, it is

ORDERED that the Objection is sustained and Claim No. 24 of the U.S. Department of Education/MOHELA is deemed untimely filed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 14, 2024