IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHAWN DOUGLAS ZERBE | : | |
| CRESSON JANE ZERBE | : | CASE NO. 1:23-bk-01439 |
|     Debtors | : | |
| | : | |
| SANTANDER CONSUMER USA, INC., | : | |
| dba Chrysler Capital, | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| SHAWN DOUGLAS ZERBE | : | |
| CRESSON JANE ZERBE, | : | |
|     Respondents | : | |
| | : | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.
2. Admitted.
3. Admitted.
4. 
    A.
        1. Admitted.
        2. Admitted.
    B.
        1. Admitted.
        2. Admitted.
        3. Admitted.
        4. Admitted.
    C.
        1. Proof of value of collateral is demanded at trial and this paragraph is therefore denied.
    D.
        1. Proof of amounts owed is demanded at trial and this paragraph is therefore denied.
        2. Proof of default is demanded at trial and this paragraph is therefore denied pending Debtor's review of payments made.

5.
    A. Denied. Debtor became disabled and has been out of work since February. Debtors have

made partial payments as they can, but will be able to catch up when the Debtor's long term disability payment arrives

B. Proof of insurance will be provided.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott
_____
Dorothy L. Mott, Esquire
Mott & Gendron Law
Attorney ID # 43568
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com