IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| SHAWN DOUGLAS ZERBE : | |
| : | CASE NO. 1:23-bk-01439 |
| CRESSON JANE ZERBE : | |
| Debtors : | |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please withdraw the Motion to Modify Plan that was filed by Debtor's counsel.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
kara.gendron@mottgendronlaw.com
(717) 232–6650 TEL
(717) 232-0477 FAX