# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:       :    CHAPTER 13
SHAWN DOUGLAS ZERBE    :
CRESSON JANE ZERBE     :    CASE NO. 1:23-bk-01439
              :
    Debtors        :
              :
PENNYMAC LOAN SERVICES LLC   :
     Movant         :
vs.                  :
              :
SHAWN DOUGLAS ZERBE    :
CRESSON JANE ZERBE     :
              :
Jack N. Zaharopoulos, Chapter 13 Trustee : 
    Respondents      :

## ANSWER TO MOTION FOR RELIEF FROM STAY

1) Admitted.
2) Admitted.
3) Admitted.
4) Admitted.
5) Admitted that a bankruptcy acts as a stay upon certain foreclosure actions.
6) Admitted that certain post-petition payments are delinquent; however, aver that they are prepared to cure any post-petition arrears either through a stipulation or amended plan. Also, there is a substantial equity cushion in excess of $65,000, which adequately protects Movant's interest in the property.
7) Admitted that certain post-petition payments are delinquent; however, aver that they are prepared to cure any post-petition arrears either through a stipulation or amended plan.
8) Denied as stated. Debtors lack sufficient information to verify the payoff amount and demand strict proof thereof.
9) Denied. Movant is not entitled to relief from the automatic stay as cause does not exist. Debtors have equity in the property and have the ability to cure the arrears within a reasonable time.
10) Denied as stated. Debtors deny that Movant is entitled to any additional fees and costs except as permitted by the Bankruptcy Code and applicable law, and demand strict proof thereof.
11) Denied to the extent it seeks relief inconsistent with the Bankruptcy Code.

**WHEREFORE**, Debtors respectfully request that the Motion for Relief from Stay be denied, or in the alternative, that the Court condition any relief upon terms that allow Debtors a reasonable opportunity to cure the post-petition arrears.

Respectfully submitted,

/s/ Kara K. Gendron

_____

Kara K. Gendron, Esquire
Attorney ID #87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
kara.gendron@mottgendronlaw.com