

06531-PAM-DE-041076593

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 9, 2026</u>, at <u>7:45</u> o'clock <u>PM CDT</u>, <u>Shawn D Zerbe</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>June 9, 2026</u>          By:     <u>/s/Melissa Zahradnicek</u>

                              Name:   <u>Melissa Zahradnicek</u>

                              Title:   <u>Certified Credit Counselor</u>

Certificate Number: 06531-PAM-DE-041076600

Bankruptcy Case Number: 23-01439



06531-PAM-DE-041076600

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 9, 2026</u>, at <u>7:45</u> o'clock <u>PM CDT</u>, <u>Cresson J Zerbe</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>June 9, 2026</u>                By:    <u>/s/Melissa Zahradnicek</u>

                                        Name:  <u>Melissa Zahradnicek</u>

                                        Title: <u>Certified Credit Counselor</u>