Certificate Number: 06531-PAM-DE-041076593

Bankruptcy Case Number: 23-01439



06531-PAM-DE-041076593

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 9, 2026</u>, at <u>7:45</u> o'clock <u>PM CDT</u>, <u>Shawn D Zerbe</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>June 9, 2026</u>

By: <u>/s/Melissa Zahradnicek</u>

Name: <u>Melissa Zahradnicek</u>

Title: <u>Certified Credit Counselor</u>