United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                Case No. 23-01439-HWV

Shawn Douglas Zerbe                                                   Chapter 13

Cresson Jane Zerbe

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                    Page 1 of 4

Date Rcvd: Aug 03, 2026                 Form ID: 3180W                     Total Noticed: 58

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shawn Douglas Zerbe, Cresson Jane Zerbe, 162 Lexington Court, Harrisburg, PA 17112-4948 |
| cr | + | West Hanover Township Water & Sewer Authority, West Hanover Township Water & Sewer Auth, 7901 Jonestown Road, Harrisburg, PA 17112, UNITED STATES 17112-9728 |
| 5550588 | + | CALDWELL & KEARNS, 3631 NORTH FRONT STREET, HARRISBURG, PA 17110-1500 |
| 5550595 | + | COLLINS ASSET GROUP LLC, PO BOX 163614, AUSTIN, TX 78716-3614 |
| 5550599 | + | DL EVANS BANK CORPORATE HQ, PO BOX 1188, 375 N OVERLAND AVENUE, BURLEY, ID 83318-3432 |
| 5550601 | + | FEDLOAN, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 5550605 | + | LENDING POINT, 1701 BARRETT LAKE BLVD, KENNESAW, GA 30144-4582 |
| 5550606 | + | LENDING POINT COLLECTIONS, JAMES HOLDER, DIRECTOR, 1201 ROBERTS BLVD, STE 200, KENNESAW, GA 30144-3612 |
| 5550607 | + | LEXINGTON WOODS HOA, TREASURER, 184 LEXINGTON COURT, HARRISBURG, PA 17112-4948 |
| 5550608 | + | MADDEN & GILBERT PHYSICAL THERAPY, 5425 JONESTOWN ROAD, STE 100, HARRISBURG, PA 17112-4086 |
| 5550612 | + | OIP, 3399 TRINDLE ROAD, CAMP HILL, PA 17011-2286 |
| 5564356 | + | PENN STATE HEALTH - CERNER, PO BOX 829725, PHILADELPHIA, PA 19182-9725 |
| 5550615 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5550620 | + | TBOM/MILSTNE, PO BOX 8099, NEWARK, DE 19714-8099 |
| 5550624 | + | WEST HANOVER TWP SEWER AUTHORITY, PO BOX 723, BLOOMSBURG, PA 17815-0723 |
| 5552991 | + | West Hanover Township Water & Sewer Authority, 7901 Jonestown Road, Harrisburg, PA 17112-9728 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 03 2026 18:53:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5550586 | + | Email/Text: bk@avant.com | Aug 03 2026 18:53:00 | AVANT, 222 N LASALLE STREET, CHICAGO, IL 60601-1003 |
| 5550587 | | Email/Text: Bankruptcy@BAMcollections.com | Aug 03 2026 18:53:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5550589 | | EDI: CAPITALONE.COM | Aug 03 2026 22:54:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5550590 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2026 19:03:49 | CARSON SMITHFIELD LLC, PO BOX 660702, DALLAS, TX 75266-0702 |
| 5550591 | + | EDI: WFNNB.COM | Aug 03 2026 22:54:00 | CB/TORRID, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5550592 | + | EDI: WFNNB.COM | Aug 03 2026 22:54:00 | CCB/ZALES, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5550593 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 03 2026 18:53:00 | CHRYSLER CAPITAL, ATTN BANKRUPTCY DEPT, PO BOX 961278, FORT WORTH, TX 76161-0278 |
| 5558014 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 03 2026 18:53:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 5550594 | + | EDI: COLLINSASSET.COM | Aug 03 2026 22:54:00 | COLLINS ASSET GROUP LLC, 5725 HWY 290 W, STE 103, AUSTIN, TX 78735-8722 |
| 5562919 | + | EDI: BASSASSOC.COM | Aug 03 2026 22:54:00 | COLLINS ASSET GROUP, LLC, BASS & ASSOCIATES, P.C., 3936 E. FT. LOWELL ROAD, SUITE #200, TUCSON, AZ 85712-1083 |
| 5550596 | | EDI: PENNDEPTREV | Aug 03 2026 22:54:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5550597 | | Email/Text: correspondence@credit-control.com | Aug 03 2026 18:53:00 | CREDIT CONTROL, LLC, 3300 RIDER TRAIL S, STE 500, EARTH CITY, MO 63045 |
| 5550598 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 03 2026 19:03:54 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5554095 | | EDI: CAPITALONE.COM | Aug 03 2026 22:54:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5550621 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 03 2026 18:53:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5550600 | + | EDI: PHINGENESIS | Aug 03 2026 22:54:00 | FEB DESTINY, 15220 NW GREENBRIER, BEAVERTON, OR 97006-5744 |
| 5550602 | ^ | MEBN | Aug 03 2026 18:50:16 | FINWISE/LL, 11 BROADWEAY STE 1732, NEW YORK, NY 10004-1312 |
| 5550603 | | EDI: IRS.COM | Aug 03 2026 22:54:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5550604 | + | EDI: CAPITALONE.COM | Aug 03 2026 22:54:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5552285 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2026 19:03:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5555742 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2026 19:03:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5550609 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2026 19:03:54 | MERRICK BANK COURT NOTICES, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5550610 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2026 18:53:00 | MIDLAND CREDIT MANAGEMENT, INC, BK NOTICES, 350 CAMINO DE LA REINA, STE 100, SAN DIEGO, CA 92108-3007 |
| 5585802 | | Email/Text: EBN@Mohela.com | Aug 03 2026 18:53:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 5820653 | + | EDI: BASSASSOC.COM | Aug 03 2026 22:54:00 | Meadow River Investments II, L.L.C, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Tucson, AZ 85712, Meadow River Investments II, L.L.C, c/o Bass & Associates, P.C. 85712-1097 |
| 5820652 | + | EDI: BASSASSOC.COM | Aug 03 2026 22:54:00 | Meadow River Investments II, L.L.C, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Tucson, AZ 85712-1097 |
| 5561845 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2026 18:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5550611 | | Email/Text: Bankruptcies@nragroup.com | Aug 03 2026 18:53:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA |

17111-1036

| Recip ID | Delivery | Date/Time | Name and Address |
|---|---|---|---|
| 5550613 | EDI: AGFINANCE.COM | Aug 03 2026 22:54:00 | ONEMAIN FINANCIAL ATTN: BK NOTICES, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5550614 | ^ MEBN | Aug 03 2026 18:50:08 | PATENAUDE & FELIX, APC, 2400 ANSYS DRIVE, STE 402-B, CANONSBURG, PA 15317-0403 |
| 5550616 | + Email/PDF: ebnotices@pnmac.com | Aug 03 2026 19:03:49 | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, STE 310, MOORPARK, CA 93021-2602 |
| 5558365 | + Email/PDF: ebnotices@pnmac.com | Aug 03 2026 19:03:59 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5557288 | EDI: Q3G.COM | Aug 03 2026 22:54:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5564150 | EDI: Q3G.COM | Aug 03 2026 22:54:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5558677 | EDI: Q3G.COM | Aug 03 2026 22:54:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5550617 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2026 19:03:54 | RESURGENT CAPITAL SERVICES, CORRESPONDENCE, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5550618 | + EDI: SYNC | Aug 03 2026 22:54:00 | SYNCB/AMAZON, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 5550619 | + EDI: WTRRNBANK.COM | Aug 03 2026 22:54:00 | TARGET/TD, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 5550622 | + Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 03 2026 18:53:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5550623 | Email/Text: bknotice@upgrade.com | Aug 03 2026 18:53:00 | UPGRADE INC, 2 NORTH CENTRAL AVE, 10TH FL, PHOENIX, AZ 85004 |
| 5550832 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 03 2026 19:03:53 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Meadow River Investments II, L.L.C, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Tucson, AZ 85712-1097 |
| 5821762 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Shawn Douglas Zerbe DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 2 Cresson Jane Zerbe DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Shawn Douglas Zerbe kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Cresson Jane Zerbe kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Steven P Miner | on behalf of Creditor West Hanover Township Water & Sewer Authority sminer@cklegal.net  mrenno@cklegal.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 9

| Information to identify the case: | |

**Information to identify the case:**

Debtor 1    Shawn Douglas Zerbe

First Name    Middle Name    Last Name

Social Security number or ITIN   xxx–xx–1390
EIN   _ _ – _ _ _ _ _ _ _

Debtor 2    Cresson Jane Zerbe
(Spouse, if filing)

First Name    Middle Name    Last Name

Social Security number or ITIN   xxx–xx–2608
EIN   _ _ – _ _ _ _ _ _ _

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:23–bk–01439–HWV

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shawn Douglas Zerbe          Cresson Jane Zerbe

**By the court:**

8/3/26

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 1:23-bk-01439-HWV    Doc 69    Filed 08/05/26    Entered 08/06/26 00:35:54    Desc
Imaged Certificate of Notice    Page 7 of 7